Amin Abdullah-Clarke
(Name)
CSP-Lancaster ("LAC")
(Address)
44750 60th St.. W Lancaster. Ca 93536
(City, State, Zip)
C-84681
(CDC Inmate No.)

**FILED**

MAY 16 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

2354    1983 ✓
**FILING FEE PAID**
Yes    No ✓
**IFP MOTION FILED**
Yes    No ✓
**COPIES SENT TO**
Court    ProSe

# United States District Court
## Southern District of California

Amin Abdullah-Clarke
(Enter full name of plaintiff in this action.)

                                    Plaintiff,

v. Victor M. Almager, Warden  Centinela State Prison,
Nasaria Barreras' Chief Medical Officer,
Alan Hernandez, Facility "C" Captain
Doug DeGeus, Appeals Coordinator
Mental Health Doctors Allen, Armenta & Robinson
PH.D: Nasaria Barreras; Chief, Medical Officer
(Enter full name of each defendant in this action.)

                                    Defendant(s).

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

**'08 CV 0882 DMS WMc**
Civil Case No. _____
(To be supplied by Court Clerk)

Complaint Under the
Civil Rights Act
42 U.S.C. § 1983

Jury Trial Demand

## A. Jurisdiction

Jurisdiction is invoked pursuant to 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983.  If you wish to assert jurisdiction under different or additional authority, list them below.

## B. Parties

1. <u>Plaintiff</u>:  This complaint alleges that the civil rights of Plaintiff, Amin Abdullah-Clarke
                                              (print Plaintiff's name)
_____, who presently resides at California State Prison Los
                                              (mailing address or place of confinement)
Angeles, County 44750 60th St, W Lancaster, Ca 93536 , were violated by the actions
of the below named individuals.  The actions were directed against Plaintiff at Centinela State
Prison P.O. Box 921 Imperial Ca 92251  on (dates) See attached Page , and ➔
        (institution/place where violation occurred)         (Count 1)      (Count 2)      (Count 3)
2. <u>Defendants</u>:  (Attach same information on additional pages if you are naming more than 4 defendants.)

§ 1983 SD Form

K:\COMMON\EVERYONE\1983\1983FORM.COM

① Defendant __V. M. Almager__ resides in __Imperial__,
(name)                                          (County of residence)
and is employed as a __Warden__. This defendant is sued in
(defendant's position/title (if any))
his/her ☒ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting
under color of law: _____

_____

② Defendant __Nasaria Barreras__ resides in __Imperial__,
(name)                                          (County of residence)
and is employed as a __Chief Medical Officer__. This defendant is sued in
(defendant's position/title (if any))
his/her ☒ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting
under color of law: _____

_____

③ Defendant __Alan Hernandez__ resides in __Imperial__,
(name)                                          (County of residence)
and is employed as a __Facility Captain__. This defendant is sued in
(defendant's position/title (if any))
his/her ☒ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting
under color of law: _____

_____

④ Defendant __Doug DeGeus__ resides in __Imperial__,
(name)                                          (County of residence)
and is employed as a __Appeals Coordinator__. This defendant is sued in
(defendant's position/title (if any))
his/her ☒ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting
under color of law: _____

_____

⑤ __Defendant__ Allen, Mental Health Doctor is sued as a individual who resides in Imperial County,

⑥ __Defendant__ Robinson, Mental Health Doctor is sued as a individual who resides in Imperial County,

⑦ __Defendant__ Armenta, Mental Health Doctor is sued as a individual who resides in Imperial County,

⑧ __Defendant__ Nasaria Barreras, Chief Medical Officer is sued as a individual who resides

# I
## CAUSE OF ACTION
## LIBERTY INTERES, ILLEGAL FIRST AND FOURTEENTH AMENDMENT RETALIATION FOR THE USE OF PRISON GRIEVANCE IN VIOLATION OF THE U.S. CONSTITUTION
### (42 U.S.C. § 1983)

1. Plaintiff on July 5, 2007 submitted inmate grievance - which was recorded by DeGeus and received by Hernandez. It was never responded to.

2. Plaintiff in September 2007 appeared before Hernandez during classification - when he said you like filing 602's. I'm going to have you transferred to another prison.

3. Plaintiff sent a number of complaints and inmate request for interviews to Almager regarding staff misconduct, who took no corrective action.

4. On April 7, 2008 plaintiff was told by Dr's Allen and Robinson "if he refused "phychiatric medication" he will be taken off of his hepatitis "C" treatment and Dr. Armenta agreed." Plaintiff refused, and he was deprived treatment by Dr. Barreras on April 15, 2008 or soon after.

5. Around the same time Dr's Armenta, Robinson and Allen illegally put Plaintiff on Enhanced Outpatient Program ("EOP")[1] without his informed consent. This made way for Plaintiff to be transferred.

6. On April 15, 2008 Plaintiff went before Hernandez in a classification hearing - who put Plaintiff up for transfer. On April 25, 2008 Plaintiff was endorsed for transfer. On April 29, 2008 Plaintiff was transferred to his current location in a cold filty EOP cell without his property segregated and deprived of his liberty without due process.

(If it was not for a inmate I could not petition this Court).

see page 4 →

---

[1] EOP is a Mental Health Program. This status mandate plaintiff be transferred out of Centinela State Prison. This was the main reason why Defendants conspired to force him on EOP without his consent. It took alot of people to pull this (3.) one off. I will amend this Complaint.

Count 2: The following civil right has been violated: _____
                                                      (E.g., right to medical care, access to courts,
_____
due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment,
etc.)

Supporting Facts:  [Include all facts you consider important to Count 2. State what happened clearly and in
your own words.  You need not cite legal authority or argument.  Be certain to describe exactly what each defendant,
by name, did to violate the right alleged in Count 2.]

7. Petitioner alleges that each defendant, and all of them, collectively conspired to chill the effects of his exercise of his First Amendment rights through actions that do not advance any legitimate penological goals, nor are tailored narrowly enough to achieve such goals.

I declare under penalty of perjury that the foregoing is true and correct and that if called to do so I could competently so testify.

Executed on May 4, 2008 at Lancaster, Ca

Amin Abdullah-Clarke

Count 3:  The following civil right has been violated: _____

(E.g., right to medical care, access to courts,

due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts:   [Include all facts you consider important to Count 3.  State what happened clearly and in your own words.  You need not cite legal authority or argument.  Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 3.]

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

## D.  Previous Lawsuits and Administrative Relief

1.  Have you filed other lawsuits in state or federal courts dealing with the same or similar facts

involved in this case? ☐ Yes ☒ No.    Can't remember

If your answer is "Yes", describe each suit in the space below. [If more than one, attach additional pages providing the same information as below.]

(a)  Parties to the previous lawsuit:
Plaintiffs: Clarke v. ~~Lamarque~~

Defendants: Lamarque

(b)  Name of the court and docket number: U.S.D.C "ND" C-02-4338 RmW

_____

(c)  Disposition: [ For example, was the case dismissed, appealed, or still pending?] Pending

_____

(d)  Issues raised: 8Th Amendment & Due Process violations

_____

_____

_____

_____

(e)  Approximate date case was filed: 2002

(f)  Approximate date of disposition: N/A

2.  Have you previously sought and exhausted all forms of informal or formal relief from the proper administrative officials regarding the acts alleged in Part C above? [E.g., CDC Inmate/Parolee Appeal Form 602, etc.] ? ☐ Yes ☒ No.

If your answer is "Yes", briefly describe how relief was sought and the results.  If your answer is "No", briefly explain why administrative relief was not sought.
Plaintiff did seek to exhause but
Prison official willfully obstructed Plaintiff's grievance complaints.

_____

_____

_____

_____

U.S.D.C. "CD" CV 05 4448 mmm

Pending, filed 2005


U.S.D.C. "ED" CV F 05 0702 OWW wmw

Pending, filed 2005

**E.  Request for Relief**

Plaintiff requests that this Court grant the following relief:

1. An injunction preventing defendant(s): _Continued retaliation,_
_Preventing Plaintiff access to the law Library._

2. Damages in the sum of $ _10,000._

3. Punitive damages in the sum of $ _15,000_

4. Other: _Any other relief this Court deems fit._

**F.  Demand for Jury Trial**

Plaintiff demands a trial by ☒ Jury  ☐ Court.  (Choose one.)

**G.   Consent to Magistrate Judge Jurisdiction**

In order to insure the just, speedy and inexpensive determination of Section 1983 Prisoner cases filed in this district, the Court has adopted a case assignment involving direct assignment of these cases to magistrate judges to conduct all proceedings including jury or bench trial and the entry of final judgment on consent of all the parties under 28 U.S.C. § 636(c), thus waiving the right to proceed before a district judge.  The parties are free to withhold consent without adverse substantive consequences.

The Court encourages parties to utilize this efficient and expeditious program for case resolution due to the trial judge quality of the magistrate judges and to maximize access to the court system in a district where the criminal case loads severely limits the availability of the district judges for trial of civil cases.  Consent to a magistrate judge will likely result in an earlier trial date. If you request that a district judge be designated to decide dispositive motions and try your case, a magistrate judge will nevertheless hear and decide all non-dispositive motions and will hear and issue a recommendation to the district judge as to all dispositive motions.

You may consent to have a magistrate judge conduct any and all further proceedings in this case, including trial, and the entry of final judgment by indicating your consent below.

Choose only one of the following:

☒ Plaintiff consents to magistrate judge jurisdiction as set forth above.

OR

☐ Plaintiff requests that a district judge be designated to decide dispositive matters and trial in this case.

_5/4/08_
Date

_Amin Abdullah-Clarke_
Signature of Plaintiff

JS 44
(Rev. 07/89)

1-B

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I (a) PLAINTIFFS

Amin Abdullah-Clarke
CSP-Lancaster
44750 60th St, W
Lancaster, Ca 93536

**DEFENDANTS** V. M. Almager, Warden, et al.

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  Lancaster
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT  Imperial
(IN U.S. PLAINTIFF CASES ONLY)

NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
TRACT OF LAND INVOLVED

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Amin in pro-se

ATTORNEYS (IF KNOWN)

Cal. Attorney General

## II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)

- [ ] 1 U.S. Government Plaintiff
- [x] 3 Federal Question (U.S. Government Not a Party)
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [x] 1 | [x] 1 | Incorporated or Principal Place of Business in This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business in Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. ORIGIN (PLACE AN x IN ONE BOX ONLY)

- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## V. REQUESTED IN COMPLAINT:

[ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ 25,000

CHECK YES only if demanded in complaint:
JURY DEMAND: [x] YES [ ] NO

## VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.
DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

Action under 42 U.S.C. § 1983 alleging violation of the
U.S. Constitutions First and Fourteenth Amendments and a Liberty violation.  This is a civil Rights

## VII. NATURE OF SUIT (PLACE AN x IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [ ] 610 Agriculture | [ ] 422 Appeal 28 USC 158 | [ ] 400 State Reapportionment |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 362 Personal Injury-Med Malpractice | [ ] 620 Other Food & Drug | [ ] 423 Withdrawal 28 USC 157 | [ ] 410 Antitrust |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 365 Personal Injury-Product Liability | [ ] 625 Drug Related Seizure of Property 21 USC 881 | **PROPERTY RIGHTS** | [ ] 430 Banks and Banking |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | [ ] 368 Asbestos Personal Injury Product Liability | | [ ] 820 Copyrights | [ ] 450 Commerce/ICC Rates/etc |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers Liability | **PERSONAL PROPERTY** | [ ] 630 Liquor Laws | [ ] 830 Patent | [ ] 460 Deportation |
| [ ] 151 Medicare Act | [ ] 340 Marine | [ ] 370 Other Fraud | [ ] 640 R.R. & Truck | [ ] 840 Trademark | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 152 Recovery of Defaulted Student Loans (Excl. Veterans) | [ ] 345 Marine Product Liability | [ ] 371 Truth in Lending | [ ] 650 Airline Regs | **SOCIAL SECURITY** | [ ] 810 Selective Service |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle | [ ] 380 Other Personal Property Damage | [ ] 660 Occupational Safety/Health | [ ] 861 HIA (1395ff) | [ ] 850 Securities/Commodities/Exchange |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability | [ ] 385 Property Damage Product Liability | [ ] 690 Other | [ ] 862 Black Lung (923) | [ ] 875 Customer Challenge 12 USC 3410 |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury | | **LABOR** | [ ] 863 DIWC/DIWW (405(g)) | [ ] 891 Agricultural Acts |
| [ ] 195 Contract Product Liability | | | [ ] 710 Fair Labor Standards Act | [ ] 864 SSID Title XVI | [ ] 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | [ ] 720 Labor/Mgmt. Relations | [ ] 865 RSI (405(g)) | [ ] 893 Environmental Matters |
| [ ] 210 Land Condemnation | [ ] 441 Voting | [ ] 510 Motions to Vacate Sentence Habeas Corpus | [ ] 730 Labor/Mgmt. Reporting & Disclosure Act | **FEDERAL TAX SUITS** | [ ] 894 Energy Allocation Act |
| [ ] 220 Foreclosure | [ ] 442 Employment | [ ] 530 General | [ ] 740 Railway Labor Act | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 895 Freedom of Information Act |
| [ ] 230 Rent Lease & Ejectment | [ ] 443 Housing/Accommodations | [ ] 535 Death Penalty | [ ] 790 Other Labor Litigation | [ ] 871 IRS -Third Party 26 USC 7609 | [ ] 900 Appeal of Fee Determination Under Equal Access to Justice |
| [ ] 240 Torts to Land | [x] 444 Welfare | [x] 540 Mandamus & Other | [ ] 791 Empl. Ret. Inc. Security Act | | [ ] 950 Constitutionality of State Statutes |
| [ ] 245 Tort Product Liability | [x] 440 Other Civil Rights | [x] 550 Civil Rights | | | [ ] 890 Other Statutory Actions |
| [ ] 290 All Other Real Property | | | | | |

## VIII. RELATED CASE(S) IF ANY

(See instructions):

JUDGE _____    DOCKET NUMBER _____

DATE _____

SIGNATURE OF ATTORNEY OF RECORD _____

UNITED STATES DISTRICT COURT

DECLARATION OF SERVICE

Case Name  Amin Abdullah-Clarke v. Victor M. Almager, Warden

I am the Plaintiff in this action and over the age of 18. years of age. My mailing address is California State Prison -Los Angeles- County 44750 60th St, W. Lancaster, Ca  93536-7620

On May 4, 2008, I served the attached 42 U.S.C. § 1983 Civil Rights Action by placing a true document enclosed in a sealed envelope with postage attached fully prepaid, in the United States Mail at Lancaster California, addressed as follows:

Sourthen District of California
United States District Court
325 W. F St, San Diego, Ca  92101-6989

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct. Executed on 5/4/08, at Lancaster, Ca

Amin Abdullah -Clarke                    Amin Abdullah-Clarke