# UNITED STATES DISTRICT COURT
Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

W. Samuel Hamrick, Jr.
Clerk of Court

July 22, 2008

Amin Abdullah-Clarke
California State Prison, Los Angeles County
44750 60th Street
Lancaster, CA 93536

RE:  Case Number 08cv882-DMS-WMc

Dear Amin Abdullah-Clarke:

Enclosed you will find a conformed copy of your complaint that was filed on 5/16/08 and a copy of the Order granting your petition to proceed in Forma Pauperis.

Also enclosed are copies of your complaint, summons and U.S. Marshal service forms.  It is your responsibility to complete the Marshal 285 forms and mail them together with the complaint and summons to the U.S. Marshal's office at the address given below.

You must provide the U.S. Marshal with a complaint, summons, and Marshal service form for each defendant to be served.  The U.S. Marshal must also receive a copy of the summons and complaint for their record keeping purposes.

Also enclosed is a certified copy of the order granting forma pauperis in this case.  It must be mailed to the U.S. Marshal with the complaint and summons package.

        U. S. Marshals Office
        U. S. Courthouse
        940 Front Street
        San Diego, CA  92189

        Sincerely yours,

        W. Samuel Hamrick, Jr.
        Clerk of Court
        By:s/L Odierno
            Deputy Clerk