# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCIES

**FILED**
AUG 2 6 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

*This space for Clerk's Office File Stamp*

TO: ☒ U. S. DISTRICT JUDGE / ☐ U. S. MAGISTRATE JUDGE    Dana M. Sabraw
FROM: E. Lloyd,      Deputy Clerk        RECEIVED DATE:    8/18/08
CASE NO.:   08cv882-DMS (WMc)   DOCUMENT FILED BY:   Amin Abdullah-Clarke
CASE TITLE:   Abdullah-Clarke v. Almager et al
DOCUMENT ENTITLED:   Letter

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| ☐ | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | **5.4** | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☐ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ |  | Supplemental documents require court order |
| ☐ |  | Default Judgment in sum certain includes calculated interest |
| X |  | OTHER: As per local rule 83.9, ex parte communication prohibited |

Date forwarded:   8/18/08

## ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

☐ The document is to be filed nunc pro tunc to date received.

☒ The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☒ Yes.   Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF: McCurine

Dated: 8/21/08        By: WMcCurine Jr
cc: All Parties

K:\COMMON\FORMS\CIVCRM35.WPD
Form # Civ/Crim 35 (4/98) -- [Docuument Discrepancy / Court Order]

**REJECTED**

Amin Abdullah-Clarke C-84681
California State Prison, Los Angeles Co.
44750 60th St., West
Lancaster, Ca  93536

August 10, 2008.

W. Samuel Hamrick Jr.
Clerk of Court
United States District Court
Southern District of California

RE: Case Number 08 CV 882-DMS-WMC

Dear W. Samuel Hamrick Jr.

   I am the Plaintiff in the above Case Number. As I attempt to prepar my case for Defendants response to my allegations, the Defendants co-workers have illegally confiscated all of my personal property (including legal documents).
   I am without the means to effectively communicate with the Courts, file dispositive Motions ect., Nor do I have access to the Facility "A" Law Library! W. Samuel Hamrick, would you help me obtain my property?

   I declare under penalty of perjury the above is true and correct. Executed at Lancaster, Ca 8-10-08.

Amin Abdullah-Clarke