# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| | |
|---|---|
| **PLAINTIFF** Amin Abdullah-Clarke | **COURT CASE NUMBER** 08 CV 882 DMS-WMC |
| **DEFENDANT** V.M. Almager | **TYPE OF PROCESS** Service of Process |

**FILED 2008 AUG 27 AM 9:00** CLERK US DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY ___ DEPUTY

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
V.M. Almager Warden

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
California State Prison Centinela 2302 Brown Rd. Imperial, Ca 92251

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Amin Abdullah-Clarke, C-84681
CSP - Los Angeles Co
44750 60th St, west
Lancaster, Ca 93536

| | |
|---|---|
| Number of process to be served with this Form - 285 | 7 |
| Number of parties to be served in this case | 7 |
| Check for service on U.S.A. | |

RECEIVED 2008 AUG 19 U.S. MARSHAL SOUTHERN DISTRICT OF CALIFORNIA

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

I do not know if Defendant Almager is still Warden at Centinela. If he's not, the litigation office at Centinela will know his current address. Also, Matthew Cate Secretary of California Department of Corrections and Rehabilitation (CDCR), P.O. Box 942883, Sacramento, Ca 94283-0001

Signature of Attorney or other Originator requesting service on behalf of: Amin Abdullah-Clarke   ☒ PLAINTIFF   ☐ DEFENDANT   TELEPHONE NUMBER   DATE 8/13/08

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)   Total Process: 1   District of Origin No. 08   District to Serve No. 08   Signature of Authorized USMS Deputy or Clerk: AScott   Date: 8/19/08

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

Address (complete only if different than shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service   Time   am / pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS: 8/19/08 - mailed SEC
08/27/08 - Returned unexecuted. Per litigation coordinator, this dft no longer employed by Centinela State Prison

**PRIOR EDITIONS MAY BE USED**   **1. CLERK OF THE COURT**   FORM USM-285 (Rev. 12/15/80)