# PROCESS RECEIPT AND RETURN

**U.S. Department of Justice**
**United States Marshals Service**

See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| | |
|---|---|
| **PLAINTIFF** Amin Abdullah-Clarke | **COURT CASE NUMBER** 08 CV 882 DMS-WMC |
| **DEFENDANT** Dr. Allan | **TYPE OF PROCESS** Service of Process |

FILED 2008 SEP -9 AM [illegible]
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Dr. Allan Mental Health

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
California State Prison Centinela 2302 Brown Rd. Imperial, Ca 92251

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Amin Abdullah-Clarke C-84681
CSP Los Angeles Co.
44750 60th St., West
Lancaster, Ca 93536

| | |
|---|---|
| Number of process to be served with this Form - 285 | 7 |
| Number of parties to be served in this case | 7 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

RECEIVED 2008 AUG 19 A 8:57 U.S. MARSHAL SOUTHERN DISTRICT OF CALIFORNIA

Signature of Attorney or other Originator requesting service on behalf of: Amin Abdullah-Clarke
☒ PLAINTIFF  ☐ DEFENDANT
**DATE** 8/13/08

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than once USM 285 is submitted)
Total Process: 1
District of Origin No. 98
District to Serve No. 98
Signature of Authorized USMS Deputy or Clerk: [signature] Alott
Date: 8/19/08

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service | Time | am/pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

**REMARKS:** 08/19/08- Mailed SEC
08/27/08- Rec'd new address Mailed out
09/08/08- Returned Unexecuted. Per the registry of Physician Specialists they can't accept service due to various Dr. Allan's employed with them. They can't determine if this dft has ever worked for them. They need further information to identify.

PRIOR EDITIONS MAY BE USED    **1. CLERK OF THE COURT**    FORM USM-285 (Rev. 12/15/80)